UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MILO H. SEGNER, JR., § | |
| § | CIVIL ACTION NO. 3:12-CV-1318-B |
| Plaintiff, § | |
| § | Bankruptcy Case No. 09-33886-HDH |
| v. § | Adversary Case No. 11-03385-HDH |
| § | |
| RUTHVEN OIL & GAS, LLC., et al., § | |
| § | |
| Defendants. § | |
| § | |

## ORDER OF REFERENCE

Acknowledging the convoluted procedural history[1] of this case, the Court has nonetheless determined that all pre-trial matters should be proceeding in Bankruptcy Court, and that, according to the parties' Unopposed Motion Regarding Withdrawal of Reference and Pretrial Matters, this Court is not to withdraw the reference until the Bankruptcy Court certifies that the parties are ready for trial. *See* Doc. 1, Att. #1.

Accordingly, the Court **ORDERS** this case and all unresolved claims against Defendants Ruthven Oil and Gas, LLC., Wendell Holland, The Wendell and Kari Holland Trust, and Cianna Resources, Inc. hereby referred to Bankruptcy Judge Harlin D. Hale for all unresolved pre-trial matters. Thereafter, Judge Hale shall certify that the parties are ready for trial, at which time, this Court will order the reference withdrawn.

SO ORDERED.
DATED: April 29, 2014.

---

[1] This appears to stem from a transfer of the case between district courts and a subsequent stay of the transferred action due to related criminal proceedings. Doc 15.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE