UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILO H. SEGNER, JR., | § | |
| | § | CIVIL ACTION NO. 3:12-CV-1318-B |
| Plaintiff, | § | |
| | § | Bankruptcy Case No. 09-33886-HDH |
| v. | § | Adversary Case No. 11-03385-HDH |
| | § | |
| RUTHVEN OIL & GAS, LLC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

# ORDER

Before the Court is the bankruptcy court's Report and Recommendation to the District Court and Certification that the Parties are Ready for Trial (doc. 81). The Court hereby **ADOPTS** the bankruptcy court's Recommendation and **ORDERS** the reference withdrawn.

In accordance with recent Supreme Court precedent, *see Executive Benefits Ins. Agency v. Arkison*, 134 S. Ct. 2165, 189 L. Ed. 2d 83 (2014), this Court is currently conducting a de novo review of the bankruptcy court's Findings of Fact and Conclusions of Law (*see* bankr. doc. 174), including by reviewing the parties' summary judgment submissions and the Defendant's objection filed to the bankruptcy court docket. As soon as the Court completes its review and issues an order, it will send out a joint status report order to obtain the parties' input as to how best to proceed.

SO ORDERED.
DATED: June 11, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE