IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILO H. SEGNER, JR., AS TRUSTEE | § | |
| OF THE PR LIQUIDATING TRUST, | § | Civil Action No. 3:12-cv-1318-B |
| | § | |
| Plaintiff, | § | Bankruptcy Case No. 09-33886-HDH |
| | § | Adversary Case No. 11-03385-HDH |
| v. | § | |
| | § | |
| RUTHVEN OIL & GAS, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT**

COME NOW Plaintiff, Milo H. Segner, Jr. ("Plaintiff" or "Trustee"), Trustee of the PR

Liquidating Trust ("Trust"), and Defendants Ruthven Oil and Gas, LLC, Wendell Holland, the

Wendell and Kari Holland Trust, and Cianna Resources, Inc. (collectively "Defendants") and file

this Joint Motion to Extend Time to File Joint Status Report and respectfully would show the Court

the following:

1.     On October 6, 2015, the Court entered its Status Report Order (Doc. No. 101), which

directed the parties to have a face-to-face meeting by October 14, 2015 and file a Joint Status

Report by Wednesday, October 21, 2015.  The Plaintiff and Defendants moved to extend the time to

file that Status Report (Doc. No. 103), which Motion was granted by this Court Order (Doc. No.

104), extending the time to file a Joint Status Report until November 20, 2015.

2.     Plaintiff and Defendants respectfully submit that an extension of the November 20,

2015 deadline to file a Joint Status Report is appropriate given that the extension granted by this

Honorable Court until November 20, 2015 was instrumental in and has resulted in a settlement with

the following Defendants:  Ruthven Oil & Gas, LLC, Wendell Holland, and the Wendell and Kari

Holland Trust (the "Settled Defendants").  An Order of Dismissal as to these Defendants has been submitted to the Court, and when entered will end their participation in this case.

3.      A mediation has been set with Cianna Resources, Inc., the remaining Defendant, for December 9, 2015 with former Bankruptcy Judge Leif Clark, who was the Mediator in the mediation that led to the settlement with the Settled Defendants.

4.      A more cogent and comprehensive Joint Status Report could be given after the results of the mediation with Cianna Resources, Inc. to be held on December 9, 2015 are known.

5.      Accordingly, Plaintiff and Defendants jointly request the deadline for submitting a Joint Status Report be extended to Tuesday, December 22, 2015.

6.      Plaintiff and Defendants are submitting a proposed Agreed Status Report Order that reflects the requested extension to Tuesday, December 22, 2015 concurrently with this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request that their Joint Motion to Extend the Deadline for Joint Status Report be granted and that the Court enter the Agreed Status Report Order submitted concurrently with this Joint Motion.

Respectfully submitted,


/s/ Jerry C. Alexander                          /s/ Jeff P. Prostok
Jerry C. Alexander, Esq.                        Jeff P. Prostok
State Bar No. 00993500                          FORSHEY & PROSTOK, LLP
Christopher A. Robison, Esq.                     777 Main Street, Suite 1290
State Bar No. 24035720                          Fort Worth, Texas 76102
PASSMAN & JONES, P.C.                            P:  (817) 877-8855
1201 Elm Street, Suite 2500                      F:  (817) 877-4151
Dallas, Texas 75270-2599
(214) 742-2121 Telephone                         ATTORNEYS FOR DEFENDANTS
(214) 748-7949 Facsimile                         RUTHVEN OIL & GAS, LLC, WENDELL
alexanderj@passmanjones.com                      HOLLAND, THE WENDELL AND KARI
robisonc@passmanjones.com                        HOLLAND TRUST, AND CIANNA
                                                 RESOURCES, INC.

Michael R. Rochelle, Esq.
Texas Bar No. 17126700
Sean J. McCaffity, Esq.
Texas Bar No. 24013122
ROCHELLE MCCULLOUGH, LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
(214) 953-0182 Telephone
(214) 953-0185 Facsimile
buzz.rochelle@romclawyers.com
smccaffity@romclawyers.com

Andrew B. Sommerman, Esq.
State Bar No. 18842150
George (Tex) Quesada, Esq.
State Bar No. 16427750
SOMMERMAN & QUESADA, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720 (Telephone)
(214) 720-0184 (Facsimile)
asommerman@textrial.com
quesada@textrial.com

J. Ken Johnson
State Bar No. 10746300
FLEMING|NOLEN|JEZ, L.L.P.
2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056
(713) 621-7944 Telephone
(713) 621-9638 Facsimile
ken_johnson@fleming-law.com

ATTORNEYS FOR PLAINTIFF
MILO H. SEGNER, JR., AS TRUSTEE
OF THE PR LIQUIDATING TRUST

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 17th day of November, 2015, a true and correct

copy of the foregoing was served on counsel of record via ECF/PACER.

*/s/ Jerry C. Alexander*_____
Jerry C. Alexander