UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 09-33886 |
| PROVIDENT ROYALTIES, LLC, *et al.*, | § | Chapter 11 |
| | § | (Jointly Administered) |
| Debtors. | § | |

| | | |
|---|---|---|
| MILO H. SEGNER, JR., LIQUIDATING | § | |
| TRUSTEE OF THE PR LIQUIDATING TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Adversary Case No. 11-03385-HDH |
| v. | § | (previously pending in District Court |
| | § | as Case No. 3:12-CV-01318-B) |
| CIANNA RESOURCES, INC., | § | |
| | § | |
| Defendant. | § | |

**TRUSTEE'S AND CIANNA' S STIPULATED BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS ADDRESSING "MERE CONDUIT" ISSUE**

TO THE HONORABLE HARLIN D. HALE, UNITED STATES DISTRICT JUDGE:

COME NOW Milo H. Segner, Jr., Trustee, Plaintiff, and Cianna Resources, Inc., Defendant, and hereby stipulate and agree to the following briefing schedule for the summary judgment motions to be filed by both Plaintiff and Defendant that address the "mere conduit" issue:

| EVENT | DATE TO BE FILED |
|---|---|
| Plaintiff and/or Defendant's Motion for Summary Judgment and supporting Memorandum | September 26, 2016 |
| Responses to Motions for Summary Judgment | October 7, 2016 |
| Reply Briefs for Motions for Summary Judgment | October 12, 2016 |
| Hearing on Summary Judgment Motions | October 17, 2016 @ 230 pm |

1

Respectfully submitted,

| | |
|---|---|
| Milo H. Segner, Jr., as Trustee of the PR Liquidating Trust, Plaintiff | Cianna Resources, Inc., Defendant |
| /s/ Michael R. Rochelle<br>One of His Counsel | /s/ William A. Johnson<br>One of Its Counsel |
| Jerry C. Alexander, Tx Bar 00993500<br>Christopher A. Robison, Tx Bar 24035720<br>**PASSMAN & JONES, PC**<br>1201 Elm Street, Suite 2500<br>Dallas, Texas 75270-2599<br>P: (214) 742-2121<br>F: (214) 748-7949 | William A. Johnson, OBA No. 4730<br>David A. Elder, OBA No. 20687<br>Matthew W. Brockman, OBA No. 22077<br>Admitted Pro Hac Vice<br>**HARTZOG CONGER CASON & NEVILLE**<br>201 Robert S. Kerr Avenue, Suite 1600<br>Oklahoma City, OK 73102<br>bjohnson@hartzoglaw.com<br>delder@hartzoglaw.com<br>mbrockman@hartzoglaw.com<br>Telephone: (405) 235-7000<br>Facsimile: (405) 996-3403 |
| Andrew Sommerman, Tx Bar 18842150<br>George (Tex) Quesada, Tx Bar 16427750<br>Sean J. McCaffity, Tx Bar 24013122<br>**SOMMERMAN & QUESADA, L.L.P.**<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219<br>P: (214) 720-0720<br>F: (214) 720-0184 | E. Sawyer Neely, Tx Bar 24041574<br>Darren P. Nicholson Tx Bar 24032789<br>**SAYLES WERBNER, P.C.**<br>1201 Elm Street, Suite 4400<br>Dallas, Texas 75270<br>(214) 939-8700 Telephone<br>sneely@swtriallaw.com<br>dnicholson@swtriallaw.com |
| J. Ken Johnson, II, Tx Bar 10746300<br>**FLEMING \| NOLEN \| JEZ, LLP**<br>2800 Post Oak Blvd., Suite 4000<br>Houston, Texas 77056<br>P: (713) 621-7944<br>F: (713) 621-9638 | ATTORNEYS FOR DEFENDANT |
| Michael R. Rochelle, Tx Bar 17126700<br>**ROCHELLE MCCULLOUGH LLP**<br>325 N. St. Paul, Suite 4500<br>Dallas, Texas 75201<br>P: (214) 953-0182<br>F: (214) 953-0185 | |
| ATTORNEYS FOR PLAINTIFF | |